UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>　　　　　Defendant. | Case No. 21-cv-08380-RMI<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a letter (dkt. 5) requesting dismissal and stating that he did not intend to file a civil rights case, which the court construes as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1). Pursuant to Plaintiff's request, his case is **DISMISSED** without prejudice. The Clerk of Court shall close the file and terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: December 2, 2021

                                                            ROBERT M. ILLMAN
                                                            United States Magistrate Judge